**UNITED STATES U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------  X
Oleo-X LLC,                                              :
                                                         :   INDEX NO. 1:24-cv-04706 CM-JW
                         Petitioner,                        :
                                                         :
    -against-                                         :
                                                         :
Saint Paul Commodities, Inc.,                            :
                                                         :
                         Respondent.                        :
---------------------------------------------------------  X

## NOTICE OF APPEARANCE

      Notice is hereby given that the undersigned attorney, Jeremy D. Schildcrout, enters his appearance in this matter as counsel for respondent Saint Paul Commodities, Inc. ("SPC") for purposes of receiving notices and orders from the Court.[1]

      The Clerk of this Court is respectfully requested to note this appearance on the Court's docket and to forward all copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

---

[1] SPC's counsel in New York (attorney John Leddy) filed a Notice of Appearance on behalf of Attorney Schildcrout on July 8, 2024 (ECF # 20). Attorney Schildcrout has received no entries, orders, notices or other court documents from the Clerk of this Court since that time (despite intervening docket entries). To help ensure prompt notice of case activity, Attorney Schildcrout respectfully submits this second Notice of Appearance on his own behalf.

Dated: July 12, 2024                 **TAFT STETTINIUS & HOLLISTERLLP**

By:   */s/ Jeremy D. Schildcrout*
       Jeremy D. Schildcrout[2] (NY Bar No. 4741054)
       2200 IDS Center
       80 South 8th Street
       Minneapolis, MN  55402-2210
       Telephone:  (612) 977-8400
       Facsimile:  (612) 977-8650
       Email:   jschildcrout@taftlaw.com

**ATTORNEYS FOR RESPONDENT
SAINT PAUL COMMODITIES, INC.**

---

[2] Admitted to practice before the United States District Court for the Southern District of New York in 2013.