SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------x

OLEO-X LLC,

    Petitioner,

-against-                                                                 No: 1:24-cv-04706-CM

SAINT PAUL COMMODITIES, INC.,

    Respondent.
---------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/2025

## ORDER TRANSFERRING CASE

McMahon, J.:

    The Clerk of Court is directed to transfer this case to the Southern District of Mississippi, and to close the file in this district.

Dated: March 7, 2025

                                                        *[signature]*

                                                          U.S.D.J.

BY ECF TO ALL COUNSEL